UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMA U.S. HOLDING LLC,

     Plaintiff(s),

v.

XINGTAI JINWO COMMERCIAL
TRADING CO., LTD.,

     Defendant(s).

Case No. 25-cv-13619

Honorable Robert J. White

## ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE AND EXTEND EX PARTE TRO

On May 5, 2026, this Court granted Plaintiff's Motion for TRO [ECF No. 12]. The TRO expired on May 19, 2026, In the Order, the Court required Plaintiff to:

1. post a bond pursuant to Federal Rule of Civil Procedure 65(c) in the amount of Five Thousand U.S. Dollars ($5,000), as security for the payment of damages to which any person may be entitled for a wrongful injunction or restraint hereunder, during the pendency of this action, or until further order of the Court within 14 days of the order; and to

2. attempt to notify Jinwo of the issuance of this Order, the filing of the Complaint, and the filing of Norma's motion for a temporary restraining order, including any supporting documents, by sending them via email to info@jinwoparts.com and via overnight courier to NO. 6, Baiquan Avenue, Xindu District, Xingtai City, Hebei Province, China, 054000.

These actions were to be completed by no later than May 19, 2026.  Plaintiff failed to meet the deadline and posted the bond and attempted to inform Defendant (by email and courier) of the issuance of the Order on May 20, 2026. Concurrently, Plaintiff moved to reinstate and extend the TRO. Plaintiff's error in failing to meet the deadline was explained to the Court in Plaintiff's Motion to Reinstate and Extend the TRO for 14 days. [ECF No. 13].  The Court notes that Plaintiff corrected its error within 24 hours after the time for it to act passed, and that Plaintiff has not made any attempt to enforce the TRO. The Court, therefore, finds that Plaintiff did not act in bad faith and grounds exist to support Plaintiff's motion.  Accordingly, the Court grants Plaintiff's Motion to Reinstate and Extend *Ex Parte* TRO and extend it for 14 days from the filing date of Plaintiff's Motion to Reinstate the TRO.

The Court hereby ORDERS:

1. The temporary restraining order entered May 5, 2026, is reinstated and ends, on June 3, 2026.

2.  The Court continues to defer a decision on Norma's motion as to its request for a preliminary injunction under Federal Rule of Civil Procedure 65(a) until the earlier of (a) Norma effectuating service of process on Jinwo or (b) Norma securing Jinwo's consent to participate in the proceedings in this case. At such time, the Court will hold a hearing on Norma's requested preliminary injunction as required by Federal Rule of Civil Procedure 65(b)(3), at which Jinwo and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve or modify the temporary restraining order.[1]

SO ORDERED.

Dated: May 22, 2026                                    s/Robert J. White_____
                                                       Robert J. White
                                                       United States District Judge

3