UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NORMA U.S. HOLDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>XINGTAI JINWO COMMERCIAL TRADING CO. LTD.,<br><br>Defendant. | Case No. 25-cv-13619<br><br>Honorable Robert J. White |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCHARGE TEMPORARY-RESTRAINING-ORDER BOND AND RELEASE SECURITY**

Plaintiff, having moved pursuant to Federal Rule of Civil Procedure 65(c), for an order discharging the bond/security posted by it in connection with the temporary restraining order ("TRO") entered and extended in this matter and directing the Clerk to release the deposited funds to Plaintiff, and the Court fully advised of the matter enters the following Order:

1. The cash bond in the amount of $5,000.00 posted by Plaintiff to secure the TRO is DISCHARGED and EXONERATED.

2. The Clerk of Court is directed to release the $5,000.00 deposited as security in this action, to Plaintiff in accordance with the Court's financial procedures.

SO ORDERED.

Dated: September 16, 2026

s/Robert J. White
Robert J. White
United States District Judge